**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: BUCHWALD CAPITAL ADVISORS LLC, AS TRUSTEE OF THE M v. Tara Jewels Export Pvt. Ltd. | CASE NO.: 08–01740–dsj |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

## NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge David S Jones on March 1, 2021 for administration. Please style all future captions with the appropriate judicial suffix (dsj ).

Dated: March 1, 2021                                              Vito Genna
                                                                             Clerk of the Court